FALLIS v. WATAUGA MEDICAL CTR., INC.

No. 83P99

Case below: 131 N.C.App.43

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999. Justice Martin recused.

FIELDS v. DERY

No. 8P99

Case below: 131 N.C.App. 525

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999. Justice Martin recused.

GASTON COUNTY DYEING MACH. CO. v. NORTHFIELD INS. CO.

No. 10PA99

Case below: 131 N.C.App. 438

Petition by defendant (Northfield Ins.) for discretionary review pursuant to G.S. 7A-31 allowed 8 April 1999. Petition by intervenor (United Capitol) for discretionary review pursuant to G.S. 7A-31 allowed 8 April 1999. Justice Martin recused.

GRIFFIN v. FONVILLE MORISEY REALTY

No. 133P99

Case below: 132 N.C App. 396

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.

HARVELL v. N.C. ASS'N OF EDUCATORS, INC.

No. 57P99

Case below: 132 N.C.App. 115

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.